**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

ENRIQUE SANTIAGO MORALES,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

Case No. 5:26-cv-04576-CTS

**JUDGMENT**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus filed September 11, 2026 (ECF No. 12), IT IS ADJUDGED that Count Three of the Petition is GRANTED, the remaining claims are dismissed as moot in light of the relief granted on Count Three, and the Petition is dismissed without prejudice.

DATED: September 14, 2026

HONORABLE CHRISTINA T. SHAY
UNITED STATES MAGISTRATE JUDGE